UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6412-GW-AJRx | Date | October 10, 2023 |
|---|---|---|---|
| Title | *Kimberly Frazier v. Yellow Owl Properties Managements, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 9, 2023, Plaintiff Kimberly Frazier filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for November 13, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 9, 2023.

:

Initials of Preparer   JG